United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Myrtle J. Gessner  
    Debtor

Case No. 17-10769-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Mar 19, 2020  
                       Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
```
db             +Myrtle J. Gessner,    8410 Gibbs Place,    Philadelphia, PA 19153-1909
cr             +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton,, FL  33487,    UNITED STATES 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@atlasacq.com Mar 20 2020 03:30:21     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2020 03:27:55
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2020 03:27:05
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 03:26:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr             +E-mail/Text: bncmail@w-legal.com Mar 20 2020 03:30:39     Weinstein & Riley PS,
                 2001 Western Avenue,    Suite 400,    Seatlle, WA 98121-3132
                                                                                              TOTAL: 5
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
```
              Daniel Robert Schimizzi    on behalf of Creditor    Nationstar Mortgage LLC dschimizzi@wtplaw.com,
               LLescallette@wtplaw.com;sharding@wtplaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Myrtle J. Gessner ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Myrtle J. Gessner ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PETER J. ASHCROFT    on behalf of Creditor    Nationstar Mortgage LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Myrtle J. Gessner<br>        Debtor | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC d/b/a<br>CHAMPION MORTGAGE COMPANY<br>        Movant<br>vs. | NO. 17-10769 MDC |
| Myrtle J. Gessner<br>        Debtor<br>William C. Miller, Esquire<br>        Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,445.58,** which breaks down as follows;

Tax Disbursements for 2018 & 2019:  $2,414.58
Fees & Costs Relating to Motion:  $1,031.00
**Total Post-Petition Arrears        $3,445.58**

2. The Debtor(s) shall cure said arrearages in the following manner;

   a) The fees and costs of $1,031.00 are deemed recoverable and added to the unpaid balance of the loan.

   b) Beginning on April 1, 2020 and continuing through March 1, 2021 until the remaining arrearages are cured, Debtor(s) shall pay an installment payment of **$201.21 from April 2020 to February 2021 and $201.27 for March 2021** towards the arrearages on or before the last day of each month at the address below:

   Champion Mortgage Company
   P.O. Box 619093
   Dallas, TX. 75261

   c) Ongoing, Debtor shall be responsible for maintaining and paying all real property taxes and hazard insurance on the property as required by the Note and Mortgage, and upon

request, providing secured hazard insurance on the property as required by the Note and Mortgage, and upon request, providing secured creditor identified as a loss payee.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments or proofs under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   March 5, 2020                        By: /s/ Rebecca A. Solarz, Esquire
                                             Attorney for Movant


Date: March 7, 2020                          _____
                                             Michael A. Cataldo, Esquire
                                             Attorney for Debtor

                                             X Myrtle J. Gessner
                                             Myrtle Gessner

Date: 3/17/2020

William C. Miller, Esquire
Chapter 13 Trustee

**NO OBJECTION**

Approved by the Court this 19th day of March, 2020. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge