UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**     **CASE NO.: 17-10769-mdc**
                **CHAPTER 13**
**MYRTLE J. GESSNER,**
   Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVE., SUITE 100,
BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100,
Boca Raton, FL 33487
Telephone: 470-321-7112

By: /s/Charles Wohlrab
    Charles Wohlrab
    Email: CWohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MYRTLE J. GESSNER
8410 GIBBS PLACE
PHILADELPHIA, PA 19153

And via electronic mail to:

CIBIK & CATALDO, P.C.
1500 WALNUT STREET  SUITE 900
PHILADELPHIA, PA 19102

WILLIAM C. MILLER
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

By: /s/Michael Pezzuto
Michael Pezzuto
Email: mpezzuto@rasflaw.com