**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   Chapter 13
MYRTLE J.  GESSNER


                    **Debtor**            **Bankruptcy No.** 17-10769-MDC


# O R D E R


**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


October 15, 2020

_____
                    Magdeline D. Coleman
                    Chief Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
MYRTLE J.  GESSNER

8410 GIBBS PLACE

PHILADELPHIA, PA 19153