United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Myrtle J. Gessner  
    Debtor(s)

Case No. 17-10769-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: SaraR      Page 1 of 3  
Date Rcvd: Oct 16, 2020      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Myrtle J. Gessner, 8410 Gibbs Place, Philadelphia, PA 19153-1909 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Nationstar Mortgage LLC, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 13861254 | + | Champion Mortgage, Reverse Mortgage Servicing, PO Box 619093, Dallas, TX 75261-9093 |
| 13861260 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13861261 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13861264 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13861265 | + | Lendmark Financial Ser, 1506 Klondike Rd, Conyers, GA 30094-5173 |
| 14396308 | + | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, C/O KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13882801 | + | Nationstar Mortgae LLC, d/b/a Champion Mortgage Company, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14531783 | + | Nationstar Mortgage LLC, d/b/a/ Champion Mortgage Company, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 13861267 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13861269 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13861271 | | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2020 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:00:46 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:00:46 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 17 2020 01:09:00 | Weinstein & Riley PS, 2001 Western Avenue, |

Case 17-10769-mdc   Doc 57   Filed 10/18/20   Entered 10/19/20 01:36:38   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: SaraR | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 400, Seatlle, WA 98121-3132 |
| 13900005 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 17 2020 02:04:28 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13899430 | + | Email/Text: bnc@atlasacq.com | Oct 17 2020 01:07:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 13861257 | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13861258 | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13861252 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 17 2020 02:00:46 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13861253 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 17 2020 02:02:36 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13863523 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:00:46 | Capital One Auto Finance, a division of Capital On, P.O. Box 165028, Irving, TX 75016-5028 |
| 13869610 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:02:34 | Capital One Auto Finance, c/o Ascension Capital Gr, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13888352 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 17 2020 02:00:46 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13861255 | + | Email/Text: ecf@ccpclaw.com | Oct 17 2020 01:07:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13861259 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2020 01:07:00 | Dr Leonards/Carol Wright Gifts, PO Box 7821, Edison, NJ 08818-7821 |
| 13861262 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2020 01:10:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 13861263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2020 01:08:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13872714 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 17 2020 01:07:00 | Lendmark Financial Services, LLC., 2118 Usher Street NW, Covington, GA 30014 |
| 13882753 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2020 01:07:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13861266 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2020 01:10:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13890216 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2020 01:10:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13887569 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 17 2020 01:08:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13869035 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:04:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13861268 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 17 2020 01:08:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 13924069 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2020 01:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14286060 | + | Email/Text: bncmail@w-legal.com | Oct 17 2020 01:09:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 29

| District/off: 0313-2 | User: SaraR | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 43 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 13861256 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13861270 | ##+ | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name** — **Email Address**

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY cwohlrab@rascrane.com

Daniel Robert Schimizzi
on behalf of Creditor Nationstar Mortgage LLC dschimizzi@wtplaw.com    LLescallette@wtplaw.com;sharding@wtplaw.com

JASON BRETT SCHWARTZ
on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

KEVIN G. MCDONALD
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com

MICHAEL A. CATALDO2
on behalf of Debtor Myrtle J. Gessner ecf@ccpclaw.com    igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
on behalf of Debtor Myrtle J. Gessner ecf@ccpclaw.com    igotnotices@ccpclaw.com

PETER J. ASHCROFT
on behalf of Creditor Nationstar Mortgage LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

REBECCA ANN SOLARZ
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com    philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MYRTLE J. GESSNER

Chapter 13

Debtor

Bankruptcy No. 17-10769-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 15, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
MYRTLE J. GESSNER

8410 GIBBS PLACE

PHILADELPHIA, PA 19153